UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| MIRZA AAMIR BAIG, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:22-CV-00952-SDJ-AGD |
| | § | |
| MOONBUG ENTERTAINMENT, LTD. and TREASURE STUDIO, INC., | § § | |
| | § | |
| Defendants. | § | |

## ORDER

The court hereby **WITHDRAWS** the Report and Recommendation (Dkt. #31) entered on August 29, 2023.

**IT IS SO ORDERED.**

**SIGNED this 12th day of April, 2024.**

AILEEN GOLDMAN DURRETT
UNITED STATES MAGISTRATE JUDGE