IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| MIRZA AAMIR BAIG, § | | |
| Plaintiff, § | | |
| v. § | | CIVIL ACTION NO. 4:22-CV-00952-SDJ-AGD |
| MOONBUG ENTERTAINMENT, LTD., et al., § | | |
| Defendants. § | | |

**MEMORANDUM ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the Report and Recommendation of the United States Magistrate Judge ("Report"), this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On April 12, 2024, the Report of the Magistrate Judge, (Dkt. #40), was entered containing proposed findings of fact and recommendation that Defendant's Motion to Dismiss (Dkt. #7) be granted on Federal Rule of Civil Procedure 12(b)(2) grounds and that Plaintiff's Complaint (Dkt. #1) be dismissed without prejudice.

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Defendant's Motion to Dismiss (Dkt. #7) is **GRANTED** on Federal Rule of Civil Procedure 12(b)(2) grounds and that Plaintiff's Complaint (Dkt. #1) is **DISMISSED WITHOUT PREJUDICE**.

**So ORDERED and SIGNED this 25th day of March, 2025.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE